No. 71–5413.   THIBADOUX v. MANCUSI, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–5415.   SHUFORD v. MANCUSI, CORRECTIONAL SUPERINTENDENT.   Ct. App. N. Y.   Certiorari denied.

No. 71–5416.   DODD v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No 71–5417.   BOWLES v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–5420.   GRAY v. SWENSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 71–5422.   SIMPSON v. TEXAS.   C. A. 5th Cir. Certiorari denied.

No. 71–5424.   DE VYVER v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–5426.   RODRIQUEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5427.   EVANS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5428.   LIPSCOMB v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5429.   COPELAND, AKA KING v. BEARD, SHERIFF, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 71–5430.   LEEPER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5432.   ALDRIDGE v. NORTH CAROLINA.   C. A. 4th Cir.   Certiorari denied.

No. 71–5435.   CLEMONS v. MARYLAND.   C. A. 4th Cir. Certiorari denied.